# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

    vs.                        **CASE NO.: 2:14-cr-269**
                                  **JUDGE SMITH**
                                  **MAGISTRATE JUDGE DEAVERS**

**LARRY ALFONSO ROWE,**

    **Defendant.**

## ORDER

On December 23, 2014, the Magistrate Judge issued a Report and Recommendation pursuant to 28 U.S.C. § 636(b)(1), recommending that the Court accept Defendant's plea of guilty to an Information charging him in Count One with possession with intent to distribute cocaine, cocaine base and heroin, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C), and in Count Two with possession with the intent to distribute heroin and marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C), and in Count Three with possession of one or more firearms by a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

Defendant, represented by counsel, waived his right to appear on the matter before a District Judge. The Magistrate Judge conducted the colloquy required by Rule 11 of the Federal Rules of Criminal Procedure. Defendant's plea was knowing, voluntary, free from coercion, and had a basis in fact.

Defendant was specifically informed of his right to contest the Report and Recommendation by filing any objections within 14 days of the issuance of the Report and Recommendation pursuant to 28 U.S.C. §636(b)(1)(B) and Rule 72(b) of the Federal Rules of Civil Procedure. Defendant did

not file any objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation and **ACCEPTS** Defendant's plea of guilty to Counts One, Two and Three.  Defendant is hereby adjudged guilty of these charges.

**IT IS SO ORDERED.**

*/s/ George C. Smith*
**GEORGE C. SMITH, JUDGE**
**UNITED STATES DISTRICT COURT**